1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                             OAKLAND DIVISION

12 HUI LIU,                              )
                                         ) No. C 06-3377 CW
13                                       )
              Plaintiff,                 )
14                                       )
         v.                              ) **STIPULATION TO DISMISS AND**
15                                       ) **ORDER**
   MICHAEL CHERTOFF, Secretary of the    )
16 Department of Homeland Security; EMILIO )
   T. GONZALEZ, Director, U.S. Citizenship and )
17 Immigration Services; DAVID N. STILL, )
   San Francisco District Director, U.S. Citizenship )
18 and Immigration Services; ROBERT S.   )
   MUELLER, Director, Federal Bureau of  )
19 Investigation,                        )
                                         )
20            Defendants.                )
   _____)
21

22      Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice because the United States Citizenship and Immigration Services is now

25 prepared to adjudicate Plaintiff's application for naturalization and agrees to adjudicate such

26 application within 30 days of the dismissal of this action.

27      Each of the parties shall bear their own costs and fees.

28 ///

Stip. to Dismiss
C06-3377 CW                                      1

|    |                                      |                                                    |
|----|--------------------------------------|----------------------------------------------------|
| 1  | Dated: June 26, 2006                 | Respectfully submitted,                            |
| 2  |                                      | KEVIN V. RYAN                                      |
|    |                                      | United States Attorney                             |

Dated: June 26, 2006

            /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: June 26, 2006

            /s/
JUSTIN X. WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7/7/06

*/s/ Claudia Wilken*
CLAUDIA WILKEN
United States District Judge

Stip. to Dismiss
C06-3377 CW      2